## RECONSIDERATION OF PRIOR DECISIONS

**2004–0001.   Academy of Medicine of Cincinnati v. Aetna Health, Inc.**
Hamilton App. Nos. C–030109, C–030110 and C–030111, 155 Ohio App.3d 310, 2003-Ohio-6194. Reported at 108 Ohio St.3d 185, 2006-Ohio-657, 842 N.E.2d 488. On motion for reconsideration of United HealthCare of Ohio, Inc. Motion denied.

LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2004–0783.   Portage Cty. Bd. of Commrs. v. Akron.**
Portage App. No. 2001–P–0127, 156 Ohio App.3d 657, 2004-Ohio-1665. Reported at 109 Ohio St.3d 106, 2006-Ohio-954, 846 N.E.2d 478. On motion for reconsideration of the cities of Ravenna and Akron. Motions denied.

RESNICK, J., dissents.

**2004–1171.   State v. Mathis.**
Cuyahoga App. No. 83311, 2004-Ohio-2982. Reported at 109 Ohio St.3d 54, 2006-Ohio-855, 846 N.E.2d 1. On motion for reconsideration. Motion denied.

**2004–1267.   State v. Fair.**
Cuyahoga App. No. 82278, 2004-Ohio-2971. Reported at 109 Ohio St.3d 54, 2006-Ohio-855, 846 N.E.2d 1. On motion for reconsideration. Motion denied.

**2005–2160.   State v. Byrd.**
Defiance App. No. 4–05–19, 2005-Ohio-5612. Reported at 108 Ohio St.3d 1487, 2006-Ohio-962, 843 N.E.2d 793. On motion for reconsideration. Motion denied.

**2005–2294.   State v. Henley.**
Montgomery App. No. 20789, 2005-Ohio-6142. Reported at 108 Ohio St.3d 1489, 2006-Ohio-962, 843 N.E.2d 795. On motion for reconsideration. Motion denied.

**2005–2382.   State ex rel. Black v. Holmes.**
In Mandamus. Reported at 108 Ohio St.3d 1469, 2006-Ohio-665, 842 N.E.2d 1050. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 27, 2006*